# Exhibit 2

# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BYRONT AREVALO CIRIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| HL MOTOR GROUP, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF NYRON JEALALL

I, Nyron Jealall, under penalties as provided by law pursuant to the Federal Rules of Civil Procedure, certify that the statements set forth herein are true and correct and that, if called upon to testify in the above-captioned case, I could competently testify to the following statements based upon my personal knowledge.

1.      I am the Claims Manager for the HL Motor Group, Inc., also known as Highlight ("Highlight"), is a trucking company located in Ontario, Canada.

2.      In my position as Claims Manager, I have become familiar with the history, organization and activities of Highlight, a company that is engaged in the trade or business of providing transportation, warehousing and distribution services.

3.      Highlight is a company that is organized and existing under the laws of Ontario, Canada.

4.      Highlight's principal place of business, offices and distribution center are located in Ontario, Canada.

5.      In my position as Claims Manager, I am also familiar with its corporate records and documents, which include records of Highlight's ownership and leasing of commercial trucking vehicles, employees and records related to transportation and delivery.

6.      I have reviewed the Complaint in this matter, which generally alleges that plaintiff suffered personal injuries resulting from a December 13, 2019 motor vehicle collision with a vehicle operated by George Shanshashvili and owned by Highlight.

7.      On December 13, 2019, while engaged in the activity described in the Complaint in this matter, Mr. Shanshashvili was an employee of Highlight.

8.      I reviewed Mr. Shanshashvili's employment file with Highlight and confirmed that he is a citizen of and resides in Ontario, Canada.

9.      I also reviewed Highlight's records related to vehicle ownership and found that the vehicle operated by Mr. Shanshashvili at the time of the December 13, 2019 motor vehicle accident described in the Plaintiff's Complaint was owned by Canadian Western Bank Leasing Inc.

_____
Nyron Jealall

75944-38