ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
TAMARA VANNAH
Nevada Bar No. 10661
Vannah & Vannah
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYRONT AREVALO CIRIANO,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE SHANSHASHVILI, an individual; HL MOTOR GROUP, INC., a foreign corporation; and DOES 1 through 10, inclusive; and, ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00901<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE**<br><br>ECF No. 20 |

COME NOW Plaintiff, BYRONT AREVALO CIRIANO ("Plaintiff") by and through his counsel of record, the law firm of Vannah & Vannah, and Defendants, GEORGE SHANSHASHVILI and HL MOTOR GROUP, INC. ("Defendants") by and through their counsel of record, the law firm of Lewis, Brisbois, Bisgaard, & Smith, LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

/ / /

/ / /

/ / /

1

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated this 10th day of October, 2023.                    Dated this 10th day of October, 2023.

VANNAH & VANNAH                                          LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Tamara Vannah                                        /s/ Steven Abbott
TAMARA VANNAH, ESQ.                                      STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10661                                     Nevada Bar No. 10303
400 S. Seventh St., 4th Floor                            6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89101                                  Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                *Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The status conference scheduled for 10/18/2023 at 10:00 AM in LV Courtroom 6D is VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 13th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE